# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL GLEN BURNS**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 2:19-cv-00105-KGB-JTK**

**ANDRW SAUL**
**Commissioner, Social**
**Security Administration**                                                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore reverses and remands the administrative law judge's decision for an immediate award of benefits from August 8, 2014, forward.

It is so ordered this 3rd day of August, 2019.

                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            United States District Judge