# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL GLEN BURNS**                                                                 **PLAINTIFF**

**v.**                           **Case No. 2:19-cv-00105-KGB-JTK**

**ANDRW SAUL**
**Commissioner, Social**
**Security Administration**                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the administrative law judge's decision is reversed and remanded for an immediate award of benefits from August 8, 2014, onward.

It is so adjudged this 3rd day of August, 2020.

_____
Kristine G. Baker
United States District Judge